```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

KAREEM BROWN,

                    Defendant.

-------------------------------------------------------------- X

23-MG-7337 (VEC)
24-CR-___

ORDER

**24 CRIM 215**

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 9, 2024, Mr. Brown appeared for a change-of-plea hearing, during which Mr. Brown waived indictment and pled guilty to Counts One and Two of the Information.

IT IS HEREBY ORDERED that Mr. Brown must appear for sentencing on **August 7, 2024**, at **10:30 a.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **July 24, 2024**.

IT IS FURTHER ORDERED that the conditions of Mr. Brown's release are modified to no longer require periodic check ins with Magistrate Judge Cave. All of the remaining bail conditions are to remain in place.

**SO ORDERED.**

Date: April 9, 2024
      New York, NY

                                        **VALERIE CAPRONI**
                                        United States District Judge