UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -v-<br><br>KAREEM BROWN,<br><br>                            Defendant. | CASE NO. 24 Cr. 215 (VEC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's April 9, 2024 Order (ECF No. 29), the telephone conference scheduled for Wednesday, April 10, 2024 at 5:00 p.m. (ECF min. entry Mar. 12, 2024) is CANCELLED.

The Clerk of Court is respectfully directed to terminate the April 10, 2024 conference.

Dated:    New York, New York
          April 9, 2024

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**