**MEMO ENDORSED**

LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

September 25, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/24

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

    Re:  United States v. Kareem Brown
         24 CR 215 (VEC)

Dear Judge Caproni,

    I respectfully move for a modification of bail so as to eliminate the location monitoring condition effective Monday, September 30, 2024. This will permit Mr. Brown to have the ankle bracelet removed and returned to Pretrial before his surrender to BOP custody the following morning.

    Assistant United States Attorney Benjamin Burkett, and Probation Officer Francesca Piperato, both consent to the granting of the motion.

    I thank the Court for its assistance and consideration.

Sincerely,

David Wikstrom

Application GRANTED.
                9/25/24
SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE